Case Number

___ID___  ___YR___  ___NUMBER___
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
[Insert appropriate court]

David L. Watkins
(Petitioner)

vs.

2:07-CV-1040-MHT

State of Alabama
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, David L. Watkins, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   October 20, 1999  RR Dawson Construction Inc.
   $10.00 per hour  approximately $1,200 monthly

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____      No __✓__

   b. Rent payments, interest, or dividends?
      Yes _____      No __✓__

   c. Pensions, annuities, or life insurance payments?
      Yes _____      No __✓__

   d. Gifts or inheritances?
      Yes _____      No __✓__

   e. Any other sources?
      Yes _____      No __✓__

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No ✓

   If the answer is "yes", describe the property and state its approximate value.

   _____

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __11-13-07__
              (Date)

                                    _Daniel S. Watkin_
                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __31.91__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Draper Corr Fac__ institution:

_____

_____

__11-14-07__
DATE

                                    _F.S. Brown Acct Clerk_
                                    AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 219698      NAME: WATKINS, DAVID LEONARD           AS OF: 11/14/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 16 | $11.90 | $0.00 |
| DEC | 31 | $6.74 | $76.80 |
| JAN | 31 | $12.23 | $118.80 |
| FEB | 28 | $22.32 | $110.00 |
| MAR | 31 | $19.31 | $102.80 |
| APR | 30 | $20.60 | $44.40 |
| MAY | 31 | $12.61 | $123.90 |
| JUN | 30 | $13.51 | $0.00 |
| JUL | 31 | $5.90 | $88.00 |
| AUG | 31 | $15.00 | $70.60 |
| SEP | 30 | $22.81 | $95.20 |
| OCT | 31 | $11.24 | $98.40 |
| NOV | 14 | $21.84 | $30.00 |

David L. Watkins  A.I.S. 219698
Draper Correctional Center
P.O. Box 1107
Elmore AL 36025

United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"