| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell     ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): C Bell   C. Date of Delivery: 12/3/07 |
| 1. Article Addressed to:<br><br>Warden Leposey Daniel<br>ADOC DRAPER<br>Draper Correctional Facility<br>P O Box 1107<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below:<br><br>2:07cv1040<br>p & o           12/10 |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article N (Transfer  7007 1490 0000 0024 9766 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540