IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. WATKINS, #219698, )<br>)<br>PETITIONER, )<br>)<br>VS. )<br>)<br>WARDEN LEPOSEY DANIEL, et al., )<br>)<br>RESPONDENTS. ) | CIVIL ACTION NO.<br>2:07-cv-1040-MHT |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, Troy King and Warden Leposey Daniel, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

Troy King and Leposey Daniel parties named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

    Respectfully submitted

    Troy King
    *Attorney General*


    <u>s/Jean-Paul M. Chappell</u>
    Jean-Paul M. Chappell(CHA073)
    *Assistant Attorney General*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  David L. Watkins, AIS# 219698, PO Box 1107, Elmore, AL  36025.

    Respectfully submitted,

    s/Jean-Paul M. Chappell
    Jean-Paul M. Chappell(CHA073)
    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, AL  36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-mail: jchappell@ago.statel.al.us

356532/115872-001