# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DAVID L. WATKINS, #219698,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CASE NO. 2:07-cv-1040-MHT** |
| ) | **[WO]** |
| ) | |
| **WARDEN DANIEL,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the petition for habeas corpus relief (Doc. #1) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of November, 2009.

　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**